# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN W. THOMAS, | ) | 1:05-cv-01198-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION FOR EXTENSION OF TIME TO FILE |
| | ) | RESPONSE (Doc. 13) |
| v. | ) | |
| | ) | |
| | ) | |
| JAMES A. YATES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On August 1, 2006, the Court ordered Respondent to file an answer or, in lieu of an answer, a motion to dismiss. (Doc. 11). On September 29, 2006, Respondent filed the instant motion for extension of time for thirty days in which to file a motion to dismiss. (Doc. 13). Petitioner's counsel has stipulated to the extension of time. (Id. at p. 2).

Accordingly, GOOD CAUSE having been shown, the Court HEREBY ORDERS that Respondent's motion for extension of time to file a motion to dismiss (Doc. 13), is GRANTED. Respondent has thirty (30) days from the date of service of this order in which to file the motion to dismiss.

IT IS SO ORDERED.

Dated:   **October 10, 2006**                                       **/s/ Theresa A. Goldner**
**j6eb3d**                                                      UNITED STATES MAGISTRATE JUDGE