## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN W. THOMAS, ) | 1:05-cv-01198-LJO-TAG HC |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| Petitioner, ) | RECOMMENDATION (Doc. 19) |
| ) | |
| v. ) | ORDER GRANTING MOTION TO DISMISS |
| ) | GROUND SIX OF THE PETITION FOR WRIT |
| ) | OF HABEAS CORPUS (Doc. 16) |
| JAMES A. YATES, ) | |
| ) | ORDER REMANDING CASE TO |
| ) | MAGISTRATE JUDGE FOR FURTHER |
| Respondent. ) | PROCEEDINGS |
| ) | |
| _____ ) | |

On September 19, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.

On November 8, 2006, Respondent filed a Motion to Dismiss Ground Six in the instant petition. (Doc. 16). On August 16, 2006, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the Motion to Dismiss be granted and that Ground Six be dismissed. (Doc. 19). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation. Indeed, on August 17, 2007, counsel for Petitioner filed a response in which

1

he indicated he concurred in the Findings and Recommendation that Ground Six was time-barred. (Doc. 20).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 16, 2007 (Doc. 19), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 16), is GRANTED;
3. Ground Six in the Petition for Writ of Habeas Corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to REMAND the case to the Magistrate Judge assigned to the case for further proceedings on the remaining grounds for relief.

IT IS SO ORDERED.

**Dated:   September 21, 2007**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE