1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| BRIAN W. THOMAS,                )<br>                                              )<br>            Petitioner,              )<br>                                              )<br>            v.                            )<br>                                              )<br>MATTHEW CATE,                   )<br>                                              )<br>            Respondent.            )<br>_____) | 1:05-CV-1198  LJO JMD HC<br><br>ORDER NUNC PRO TUNC MODIFYING<br>THE COURT'S JANUARY 11, 2011 ORDER<br>REGARDING JOINT PRE-HEARING<br>STATEMENT |

18
19
20
21
22
23
24
25
26
27
28

On January 11, 2011, the Court issued an order (Doc. No. 81) ordering Petitioner and Respondent to file a joint pre-hearing statement.  Because the January 11, 2011 order did not include a deadline for filing the statement, the Court's order is modified *nunc pro tunc* by ordering that the parties submit their joint pre-hearing statement on or by March 3, 2011.

In all other respects, the January 11, 2011 order remains unchanged.

IT IS SO ORDERED.

Dated:   **February 3, 2011**              **/s/ John M. Dixon**
                                               UNITED STATES MAGISTRATE JUDGE